**Fill in this information to identify the case:**

Debtor name  **Diamond Creek Villa, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  **22-51125**

☐ Check if this is an amended filing

<u>Official Form 202</u>
# Declaration Under Penalty of Perjury for Non-Individual Debtors  **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **Declaration and signature** |
| --- |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■   Other document that requires a declaration   **Statement of Financial Affairs (Official Form 207)**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 26, 2023**    X **/s/ Bethany Liou**
                                           Signature of individual signing on behalf of debtor

                                           **Bethany Liou**
                                           Printed name

                                           **Managing Member**
                                           Position or relationship to debtor

Case: 22-51125    Doc# 25    Filed: 01/26/23    Entered: 01/26/23 19:55:36    Page 1 of 42

**RESOLUTION OF MEMBERS OF
DIAMOND CREEK VILLA, LLC,
a California limited liability company**

Whereas, it is in the best interest of DIAMOND CREEK VILLA, LLC, a California limited liability company (the "Company") to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Bethany Liou, President/Managing Member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company;

Be It Further Resolved, that Bethany Liou, President/Managing Member of this Company, is appointed Responsible Individual and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved, that Bethany Liou, President/Managing Member of this Company, is authorized and directed to employ the law firm of Macdonald Fernandez LLP to represent the Company in such bankruptcy case.

December 12, 2022

*Bethany liou*
_____
Bethany Liou,
President/Managing

# MINUTES OF SPECIAL MEETING OF
## MEMBERS OF
### DIAMOND CREEK VILLA, LLC,
#### a California limited liability company

A special meeting of the members of DIAMOND CREEK VILLA, LLC a California limited liability company, was held on December 12, 2022, at Cupertino, California, in person and by telephone or video conference. The following members were present at the meeting:

Bethany Liou

The meeting was duly called to order and it was announced that the meeting was held pursuant to written waiver of notice and consent to the holding of the meeting. It was then moved, seconded and resolved to dispense with the reading of the minutes of the last meeting. Upon motion duly made, seconded, and unanimously carried, the following resolutions were adopted:

Whereas, it is in the best interest of DIAMOND CREEK VILLA, LLC, a California limited liability company (the "Company") to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Bethany Liou, President/Managing Member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company;

Be It Further Resolved, that Bethany Liou, President/Managing Member of this Company, is appointed Responsible Individual and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved, that Bethany Liou, President/Managing Member of this Company, is authorized and directed to employ the law firm of Macdonald Fernandez LLP to represent the Company in such bankruptcy case.

There being no further business to come before the meeting, the meeting was duly adjourned.

December 12, 2022

_Bethany liou_
_____
Bethany Liou,
President/Managing

## WAIVER OF NOTICE AND CONSENT OF HOLDING AND SPECIAL MEETING OF MEMBERS OF
### DIAMOND CREEK VILLA, LLC,
**a California limited liability company**

The undersigned members of DIAMOND CREEK VILLA, LLC a California limited liability company, hereby waive notice of and consent to the holding of a special meeting on the 12 day of December, 2022, at Cupertino, California, in person and by telephone or video conference, and agree that business transacted at the meeting shall be as valid and legal and have the same force and effect as though that meeting were held after notice duly given.

December 12, 2022

*Bethany liou*

Bethany Liou,
President/Managing

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Bethany Liou, declare under penalty of perjury that I am the duly appointed, qualified and acting Secretary of DIAMOND CREEK VILLA, LLC a California limited liability company, and that the following is a true and correct copy of the resolutions adopted by the Directors of said company at a special meeting duly called and held on the _12__ day of December, 2022.

" Whereas, it is in the best interest of DIAMOND CREEK VILLA, LLC, a California limited liability company (the "Company") to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Bethany Liou, President/Managing Member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company;

Be It Further Resolved, that Bethany Liou, President/Managing Member of this Company, is appointed Responsible Individual and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved, that Bethany Liou, President/Managing Member of this Company, is authorized and directed to employ the law firm of Macdonald Fernandez LLP to represent the Company in such bankruptcy case."

December 12, 2022

_Bethany liou_

Bethany Liou,
President/Managing

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Diamond Creek Villa, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | **22-51125** |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CA Franchise Tax Board BK G, PO Box 2952 Sacramento, CA 95812-2952** | | **Taxes: 2020 and 2022** | | | | **$20,006.00** |
| **Wells Fargo Bank, N.A. P.O. Box 29482 MAC S4101-08C Phoenix, AZ 85038** | | **Wells Fargo Busines Card - Visa** | | | | **$8,441.57** |

**Fill in this information to identify the case:**

Debtor name   **Diamond Creek Villa, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  **22-51125**

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*....................................................................................    $    **50,000,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................    $    **228,696.56**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................................    $    **50,228,696.56**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **26,733,586.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $    **20,006.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    **8,441.57**

4. Total liabilities ...........................................................................................
   Lines 2 + 3a + 3b      $    **26,762,033.57**

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **Wells Fargo Bank Checking - Condo Account** <br><br> **2925 Woodside Rd.** <br> **Woodside, CA  94062** | **Business Checking Account** | **4788** | **$3,686.56** |
| 3.2. | **Wells Fargo Bank Checking - Townshouse Account** <br><br> **2925 Woodside Rd.** <br> **Woodside, CA  94062** | **Business Checking Account** | **0087** | **$10.00** |
| 3.3. | **Mission Bank BLR Commercial Real Estate Inc.** <br> **ITF Peter F Martin as Receiver for Diamond Creek Villa LLC** <br> **Account Ending 2230** | **BLR Commercial Real Estate Inc - Receivership Account** | **2230** | **$225,000.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| **$228,696.56** |

### Part 2:   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

Case: 22-51125    Doc# 25    Filed: 01/26/23    Entered: 01/26/23 19:55:36    Page 8 of 42

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---------|------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Case: 22-51125   Doc# 25   Filed: 01/26/23   Entered: 01/26/23 19:55:36   Page 9 of 42

55.1.   **Real Property**
**Residentially zoned**
**property with**
**commercial special**
**use tenant**
**15680 Santorini Lane**
**/ 15665 Nice Lane,**
**Morgan Hill, CA**
**95037**
**Santa Clara County**
**APN: 767-54-036 and**
**767-54-035**
**63 Units of Condo in**
**2 Buildings**
**PARCEL ONE: Track**
**No. 10216 Diamond**
**Creek Phase 2**
**PARCEL TWO:**
**Non-Exclusive**
**Easement to Parcel**
**One**
**PARCEL THREE:**
**Non-Exclusive**
**Easements Over,**
**Under, Along and**
**Through Parcels D,**
**E, G of Said Tract No.**
**10174**
**PARCEL FOUR: A**
**Non-Exclusive**
**Easement**
**Appurtenant to**
**Parcel One**        Fee simple              Unknown      Appraisal                   $50,000,000.00

---

56.    **Total of Part 9.**                                                         $50,000,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☑ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor      **Diamond Creek Villa, LLC**          Case number *(if known)* **22-51125**
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $228,696.56 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................>* | | $50,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $228,696.56 | + 91b. $50,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $50,228,696.56 |

Case: 22-51125    Doc# 25    Filed: 01/26/23    Entered: 01/26/23 19:55:36    Page 11 of 42

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim<br><br>Do not deduct the value of collateral. | Value of collateral that supports this claim |
| **2.1** **Khiem Tran & Hoang Tran**<br>Creditor's Name<br><br>c/o Christine E. Picone, Esq.<br>Berliner Cohen, LLP<br>Ten Almaden Blvd., 11th Floor<br>San Jose, CA 95113-2233<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Real Property**<br>**Residentially zoned property with commercial special use tenant**<br>**15680 Santorini Lane / 15665 Nice Lane, Morgan Hill, CA 95037**<br>**Santa Clara County**<br>**APN: 767-54-036 and 767-54-035**<br>**63 Units of Condo in 2 Buildings**<br>**PARCEL** | **$870,000.00** | **$50,000,000.00** |
| | **Describe the lien**<br><u>Abstract Judgment Lien No. 25028532</u> | | |
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Mechanics Bank**<br>**2. Peter Lim, Lim/Lin Family Trust Trustee**<br>**3. Khiem Tran & Hoang Tran**<br>**4. Lin Dee Liu** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Lin Dee Liu** | **Describe debtor's property that is subject to a lien** | **$4,500,000.00** | **$50,000,000.00** |

---

Creditor's Name

**Real Property**
**Residentially zoned property with commercial special use tenant**
**15680 Santorini Lane / 15665 Nice Lane, Morgan Hill, CA  95037**
**Santa Clara County**
**APN:  767-54-036 and 767-54-035**
**63 Units of Condo in 2 Buildings**
**PARCEL**

**41368 Danzon Court**
**Fremont, CA 94539**

Creditor's mailing address

**Describe the lien**
**Deed of Trust and Assignment of Rents**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Mechanics Bank** | **Describe debtor's property that is subject to a lien** | **$20,493,586.00** | **$50,000,000.00** |
|---|---|---|---|---|

Creditor's Name

**c/o Tom R. Normandin, Esq.**
**Prenovost, Normandin, Daw & Rocha**
**2122 North Broadway, Suite 200**
**Santa Ana, CA 92706-2614**

Creditor's mailing address

**Real Property**
**Residentially zoned property with commercial special use tenant**
**15680 Santorini Lane / 15665 Nice Lane, Morgan Hill, CA  95037**
**Santa Clara County**
**APN:  767-54-036 and 767-54-035**
**63 Units of Condo in 2 Buildings**
**PARCEL**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | **Peter Lim, Lim/Lin Family Trust Trustee** | **Describe debtor's property that is subject to a lien** | **$870,000.00** | **$50,000,000.00** |
|---|---|---|---|---|

---

Case: 22-51125   Doc# 25   Filed: 01/26/23   Entered: 01/26/23 19:55:36   Page 13 of 42

Creditor's Name

c/o **Christine E. Picone,
Esq.
Berline Cohen, LLP
Ten Almaden Blvd., 11th
Flr.
San Jose, CA 95113-2233**

| | |
|---|---|
| **Real Property**<br>**Residentially zoned property with commercial**<br>**special use tenant**<br>**15680 Santorini Lane / 15665 Nice Lane,**<br>**Morgan Hill, CA  95037**<br>**Santa Clara County**<br>**APN:  767-54-036 and 767-54-035**<br>**63 Units of Condo in 2 Buildings**<br>**PARCEL** | |

Creditor's mailing address

Describe the lien
**Abstract Judgment Lien No. 24794816**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$26,733,586.00**

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Mechanics Bank - Merrifield-Olivia**<br>**c/o WT Capital Lender Services**<br>**7522 North Colonial Ave., Ste. 101**<br>**Fresno, CA 93711** | Line   **2.3** | |

---

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address <br> **CA Employment Development Department** <br> **P.O. Box 826880/MIC 4** <br> **Sacramento, CA 94280-0001** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim: <br> **[FOR NOTICE PURPOSES ONLY]** | | |
| Last 4 digits of account number <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |
| **2.2** Priority creditor's name and mailing address <br> **CA Franchise Tax Board** <br> **BK G, PO Box 2952** <br> **Sacramento, CA 95812-2952** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$20,006.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim: <br> **Taxes: 2020 and 2022** | | |
| Last 4 digits of account number **2984** <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

32168

Case: 22-51125   Doc# 25   Filed: 01/26/23   Entered: 01/26/23 19:55:36   Page 15 of 42

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Internal Revenue Service** | *Check all that apply.* | | |
| | **P.O. Box 7346** | ☐ Contingent | | |
| | **Philadelphia, PA 19101-7346** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**[FOR NOTICE PURPOSES ONLY]**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **State Board of Equalization** | *Check all that apply.* | | |
| | **Attn: Special Procedures Section,** | ☐ Contingent | | |
| | **MIC:55** | ☐ Unliquidated | | |
| | **PO Box 942879** | ☐ Disputed | | |
| | **Sacramento, CA 94279** | | | |

Date or dates debt was incurred

Basis for the claim:
**[FOR NOTICE PURPOSES ONLY]**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Ivy Pao Jiuh Ho & Ming Sen Ivan Ho** | ☐ Contingent | |
| | **c/o Richard D. Pio Roda, Esq.** | ☐ Unliquidated | |
| | **Meyers Nave** | ■ Disputed | |
| | **1999 Harrison Street, 9th Floor** | | |
| | **Oakland, CA 94612** | **Basis for the claim:**  **[FOR NOTICE PURPOSES ONLY]** | |

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

<u>Civil Lawsuit</u>
<u>Santa Clara County Superior Court</u>
<u>22CV399392</u>

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Nanhwa Chen** | ☐ Contingent | |
| | **c/o Michael J. Cheng, Esq.** | ☐ Unliquidated | |
| | **Berliner Cohen, LLP** | ■ Disputed | |
| | **Ten Almaden Blvd., 11th Floor** | | |
| | **San Jose, CA 95113-2233** | **Basis for the claim:**  **[FOR NOTICE PURPOSES ONLY]** | |

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

<u>Civil Lawsuit</u>
<u>Chen v Diamond Creek Villa, LLC, et al</u>
<u>Santa Clara County Superior Court</u>
<u>21CV390907 </u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shuhui C. Jeng & David Jeng**
**c/o Richard D. Pio Roda, Esq.**
**Meyers Nave**
**1999 Harrison Street, 9th Floor**
**Oakland, CA 94612**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **[FOR NOTICE PURPOSES ONLY]**

**Civil Lawsuit**
**Jeng v Diamond Creek Villa, LLC, et al.**
**Santa Clara County Superior Court**
**22CV399394**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ted Chiaote Hsiao & Wan-Chen Liu**
**c/o Richard D. Pio Roda, Esq.**
**Meyers Nave**
**1999 Harrison Street, 9th Floor**
**Oakland, CA 94612**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **[FOR NOTICE PURPOSES ONLY]**

**Civil Lawsuit**
**Hsiao and Liu v Diamond Creek Villa, LLC, et al.**
**Santa Clara County Superior Court**
**22CV399393**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,441.57 |
|---|---|---|---|

**Wells Fargo Bank, N.A.**
**P.O. Box 29482**
**MAC S4101-08C**
**Phoenix, AZ 85038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **6066**

Basis for the claim: **Wells Fargo Busines Card - Visa**

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Franchise Tax Board**<br>**Bankruptcy Section, MS A-340**<br>**Post Office Box 2952**<br>**Sacramento, CA 95812** | Line **2.2**<br><br>☐ Not listed. Explain ____ | **2984** |

---

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.   $ | 20,006.00 |
| 5b. Total claims from Part 2 | 5b.   +   $ | 8,441.57 |
| 5c. Total of Parts 1 and 2<br>     Lines 5a + 5b = 5c. | 5c.   $ | 28,447.57 |

**Fill in this information to identify the case:**

Debtor name    **Diamond Creek Villa, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)   **22-51125**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Case: 22-51125   Doc# 25   Filed: 01/26/23   Entered: 01/26/23 19:55:36   Page 18 of 42

Fill in this information to identify the case:

Debtor name    **Diamond Creek Villa, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **22-51125**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Bethany Liou** | **21701 Stevens Creek Blvd., #2610 Cupertino, CA 95014** | **Khiem Tran & Hoang Tran** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Bethany Liou** | **21701 Stevens Creek Blvd., #2610 Cupertino, CA 95014** | **Mechanics Bank** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Bethany Liou** | **21701 Stevens Creek Blvd., #2610 San Jose, CA 95113** | **Peter Lim, Lim/Lin Family Trust Trustee** | ■ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Bethany Liou** | **21701 Stevens Creek Blvd., #2610 Cupertino, CA 95014** | **Wells Fargo Bank, N.A.** | ☐ D _____ <br> ■ E/F __3.5__ <br> ☐ G _____ |
| 2.5 | **Diamond Creek Villa, a Calif Corp** | | **Khiem Tran & Hoang Tran** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

Case: 22-51125    Doc# 25    Filed: 01/26/23    Entered: 01/26/23 19:55:36    Page 19 of 42

| Debtor | Diamond Creek Villa, LLC | Case number *(if known)* | 22-51125 |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Diamond Creek Villa, a Calif Corp | Peter Lim, Lim/Lin Family Trust Trustee | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Monterey Dynasty, LLC | Khiem Tran & Hoang Tran | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Monterey Dynasty, LLC | Peter Lim, Lim/Lin Family Trust Trustee | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Star River, LLC | Khiem Tran & Hoang Tran | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Star River, LLC | Peter Lim, Lim/Lin Family Trust Trustee | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |

Case: 22-51125    Doc# 25    Filed: 01/26/23    Entered: 01/26/23 19:55:36    Page 20 of 42

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>■ Other **Opearating Business - Rental Income** | **$2,904,469.62** |
   | **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ☐ Operating a business<br>■ Other **Opearating Business - Rental Income** | **$9,819,500.00** |
   | **For the fiscal year:**<br>From **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>■ Other **Opearating Business - Rental Income** | **$7,760,700.10** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing for bankruptcy**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

Case: 22-51125    Doc# 25    Filed: 01/26/23    Entered: 01/26/23 19:55:36    Page 21 of 42

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    [SEE ATTACHMENT HERETO] | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **Mechanics Bank v Diamond Creek Villa, LLC, et al.**<br>**21CV378071** | **Civil - Breach of Guaranty; Claim and Delivery and Appointment of Receiver, and Common Count** | **Santa Clara County Superior Court**<br>**191 North First Street**<br>**San Jose District**<br>**San Jose, CA 95113** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Case: 22-51125    Doc# 25    Filed: 01/26/23    Entered: 01/26/23 19:55:36    Page 22 of 42

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Khiem Tran and Hoang Tran v Diamond Creek Villa, LLC, et al.**<br>**20CV374293** | Civil - Breach of Contract (Settlement Agreement); Breach of Contracty (Guaranty; Violation of Uniform Voidable Transactions Act) | **Santa Clara County Superior Court 191 North First Street Sam Jose District San Jose, CA 95113** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Peter Lim, Trustee for hte Lim/Lin Famly Trust v. Diamond Creek Villa, LLC, et al.**<br>**20/cv374171** | Civil - Breach of Contract (Settlement Agreement; LI&D Agreement; Guaranty); Accounting; Constructive Trust; Violation of Uniform Voidable Transactions Act | **Santa Clara County Superor court 191 North First Street San Jose District San Jose, CA 95113** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **Shuhui C. Jeng and David Jeng v. Diamond Creek Villa, LLC, et a.**<br>**22CV399394** | Civl - Breach of Contract; Breach of Contract (Promissory Note); Conversion; Constructive Trust | **Santa Clara County Superior court 191 North First Street San Jose District San Jose, CA 95113** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **Ted Chiaote Hsiao and Wan-Chen Liu v Diamond Creek Villa, LLC, et al.**<br>**22CV399393** | Civil - Breach of Contract; Breach of Contract (Promissory Note); Conversion; Constructive Trust | **Santa Clara County Superior Court 191 North First Street San Jose District San Jose, CA 95113** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. **Ivy Pao Jiu Ho, et al. v. Diamond Creek Villa, LLC, et al.**<br>**22CV399392** | Civil - Breach of Contract; Breach of Contract (Promisory Note); Conversion; Constructive Trust | **Santa Clara County Superior Court 191 North First Street San Jose District San Jose, CA 95113** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. **Nanhwa Chen v Diamond Creek Villa, LLC, et al.**<br>**21CV390907** | Civil - Breach of Contract; Violation of Uniform Voidable Transactions Act | **Santa Clara County Superior Court 191 North First Street San Jose District San Jose, CA 95113** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Mechanics Bank**<br>**c/o Tom Roddy Normandin, Esq.**<br>**Prenovost, Normandin, Dawwe &**<br>**Rocha**<br>**2122 N. Broadway, Suite 200**<br>**Santa Ana, CA 92706** | **Receiver, Peter F. Martin,  Appointed 6/8/21 of the following:**<br><br>**Real Property Commonly Known as 15680 Santorini Lane, 15665 Nice Lane, and 15655 Venice Lane, Morgan Hill, CA (Condo B & C Buildings); rental operations.** | **Unknown** |

| Case title | Court name and address |
|---|---|
| **Mechanics Bank v. Diamond Creek Villa** | **Santa Clara County** |
| Case number | **Superior Court** |
| **21CV378071** | **191 North First Street** |
| Date of order or assignment | **San Jose District** |
| **June 8, 2021** | **San Jose, CA 95113** |

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Macdonald Fernandez LLP** **221 Sansome Street, Third Floor** **San Francisco, CA 94104-2323** | | **December 12, 2022** | **$20,000.00** |
| | **Email or website address** **www.macfern.com** | | | |
| | **Who made the payment, if not debtor?** **Monterey Dynasty, LLC** | | | |
| 11.2. | **Paul Manasian, Esq.** **Law Offices of Paul Manasian** **1310  65th St.** **Emeryville, CA 94608** | | **12/14/22: $1,738.00 - Court Filing Fee $12.00 - Court Filing Fee Overpayme nt** | **$1,750.00** |
| | **Email or website address** **manasian@mrlawsf.com** | | | |
| | **Who made the payment, if not debtor?** **Star River, LLC** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1<br>. | | **Real Property**<br>**Residentially zoned property with commercial special use tenant**<br>**15680 Santorini Lane / 15665 Nice Lane, Morgan Hill, CA  95037**<br>**Santa Clara County**<br>**APN:  767-54-036**<br>**63 Units of Condo in 2 Buildings**<br>**PARCEL ONE:  Track No. 10216 Diamond Creek Phase 2**<br>**PARCEL TWO:  Non-Exclusive Easement to Parcel One**<br>**PARCEL THREE:  Non-Exclusive Easements Over, Under, Along and Through Parcels D, E, G of Said Tract No. 10174**<br>**PARCEL FOUR:  A Non-Exclusive Easement Appurtenant to Parcel One** | | |
| | **Diamond Creek Condo-C**<br>**21701 Stevens Creek Blvd., #2610**<br>**Cupertino, CA 95014** | | **October 22, 2021** | **$22,258.50** |
| | Relationship to debtor | | | |

---

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Case: 22-51125    Doc# 25    Filed: 01/26/23    Entered: 01/26/23 19:55:36    Page 26 of 42

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Case: 22-51125    Doc# 25    Filed: 01/26/23    Entered: 01/26/23 19:55:36    Page 27 of 42

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Chou & CCH Accountancy Corp.** **4677 Old Ironsides Dr., Ste. 300** **Santa Clara, CA 95054** | **2015 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

Case: 22-51125   Doc# 25   Filed: 01/26/23   Entered: 01/26/23 19:55:36   Page 28 of 42

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Bethany Liou | 21701 Stevens Creek Blvd., #2610 Cupertino, CA 95014 | Managing Member (CEO/President) | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __January 26, 2023__

__/s/ Bethany Liou__                              __Bethany Liou__
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    __Managing Member__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# Diamond Creek Villa, LLC
## SOFA3:  90-Day Pre-Petition Payments

| DATE OF PAYMENT | AMOUNT | CREDITOR | CHECK # | Reason for Payment | DETAILS |
|---|---|---|---|---|---|
| 8/15/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH National Funding Auth Pmt 220815 010000015721195 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 8/16/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH National Funding Auth Pmt 220816 010000015731229 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 8/17/2022 | -$3,000.00 | ACH | | TOWNHOME RENTAL INCOME | WF Direct Pay-Payment- DCV6TED15725-Tran ID DP44317628 |
| 8/17/2022 | -$2,515.91 | GLOBAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH GLOBAL MERCHANT GLOBAL MER 220816 CLIENT-72296 DIAMOND CREEK VILLA, L |
| 8/17/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH National Funding Auth Pmt 220817 010000015741599 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 8/18/2022 | -$5,000.00 | CHOU & CCC ACCOUNTANCY | | CPA FEE | WT 220818-102761 BANK OF AMERICA, N. /BNF=CHOU CCH ACCOUNTANCY CORP SRF# OW00002445746034 TRN#220818102761 RFB# OW00002445746034 |
| 8/18/2022 | -$10,000.00 | MONTEREY DYNASTY LLC | | RETURN LOAN | ONLINE TRANSFER TO MONTEREY DYNASTY, LLC BUSINESS CHECKING XXXXXX7119 REF #IB0G5J9KW3 ON 08/18/22 |
| 8/18/2022 | -$10,000.00 | MONTEREY DYNASTY LLC | | RETURN LOAN | ONLINE TRANSFER TO MONTEREY DYNASTY, LLC BUSINESS CHECKING XXXXXX7119 REF #IB0G5K2XNJ ON 08/18/22 |
| 8/18/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH National Funding Auth Pmt 220818 010000015751924 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 8/19/2022 | -$1,430.00 | ATTORNEY PAUL MANASIAN | | ATTORNEY FEE | WT 220819-159722 BANK OF AMERICA, N. /BNF=Paul Manasian SRF# OW00002449139514 TRN#220819159722 RFB# OW00002449139514 |
| 8/19/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH National Funding Auth Pmt 220819 010000015760072 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 8/22/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH National Funding Auth Pmt 220822 010000015768038 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 8/23/2022 | -$5,000.00 | MONTEREY DYNASTY LLC | | RETURN LOAN | ONLINE TRANSFER TO MONTEREY DYNASTY, LLC BUSINESS CHECKING XXXXXX7119 REF #IB0G6Q8TXW ON 08/23/22 |
| 8/23/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH National Funding Auth Pmt 220823 010000015775588 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 8/24/2022 | -$2,515.91 | GLOBAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH GLOBAL MERCHANT GLOBAL MER 220823 CLIENT-72296 DIAMOND CREEK VILLA, L |
| 8/24/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH National Funding Auth Pmt 220824 010000015793719 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 8/25/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH National Funding Auth Pmt 220825 010000015806640 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 8/26/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH National Funding Auth Pmt 220826 010000015820389 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 8/29/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH National Funding Auth Pmt 220829 010000015833434 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 8/30/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH National Funding Auth Pmt 220830 010000015843540 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 8/31/2022 | -$2,515.91 | GLOBAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH GLOBAL MERCHANT GLOBAL MER 220830 CLIENT-72296 DIAMOND CREEK VILLA, L |
| 8/31/2022 | -$5,903.19 | HEADWAY CAPITAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH HEADWAYCAPITAL 1 HEADWAY 220831 XXXXX4041 BETHANY LIOU |
| 8/31/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH National Funding Auth Pmt 220831 010000015853856 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 9/1/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH National Funding Auth Pmt 220901 010000015869421 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |

| Date | Amount | Payee | Category | Description |
|---|---|---|---|---|
| 9/2/2022 | -$784.50 | NATIONAL | MERCHANT LOAN | BUSINESS TO BUSINESS ACH National Funding Auth Pmt 220902 010000015883042 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 9/6/2022 | -$784.50 | NATIONAL | MERCHANT LOAN | BUSINESS TO BUSINESS ACH National Funding Auth Pmt 220905 010000015890922 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 9/6/2022 | -$784.50 | NATIONAL | MERCHANT LOAN | BUSINESS TO BUSINESS ACH National Funding Auth Pmt 220906 010000015895879 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 9/7/2022 | -$2,515.91 | GLOBAL | MERCHANT LOAN | BUSINESS TO BUSINESS ACH GLOBAL MERCHANT GLOBAL MER 220906 CLIENT-72296 DIAMOND CREEK VILLA, L |
| 9/7/2022 | -$18,000.00 | MONTEREY DYNASTY LLC | RETURN LOAN | ONLINE TRANSFER TO MONTEREY DYNASTY, LLC BUSINESS CHECKING XXXXXX7119 REF #IB0GBJVVGW ON 09/07/22 |
| 9/7/2022 | -$784.50 | NATIONAL | MERCHANT LOAN | BUSINESS TO BUSINESS ACH National Funding Auth Pmt 220907 010000015908862 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 9/8/2022 | -$2,669.95 | ACH | TOWNHOME RENTAL INCOME | WF Direct Pay-Payment- TH Lot #2-Tran ID DP46135348 |
| 9/8/2022 | -$2,000.00 | ACH | TOWNHOME RENTAL INCOME | WF Direct Pay-Payment- Tran ID DP46135346 |
| 9/8/2022 | -$1,500.00 | ACH | TOWNHOME RENTAL INCOME | WF Direct Pay-Payment- Loan Interest-Tran ID DP46135344 |
| 9/8/2022 | -$784.50 | NATIONAL | MERCHANT LOAN | BUSINESS TO BUSINESS ACH National Funding Auth Pmt 220908 010000015927109 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 9/9/2022 | -$5,000.00 | CHOU & CCC ACCOUNTANCY | CPA FEE | WT 220909-147263 BANK OF AMERICA, N. /BNF=CHOU CCH ACCOUNTANCY CORP SRF# OW00002506230495 TRN#220909147263 RFB# OW00002506230495 |
| 9/9/2022 | -$20,000.00 | MONTEREY DYNASTY LLC | RETURN LOAN | ONLINE TRANSFER TO MONTEREY DYNASTY, LLC BUSINESS CHECKING XXXXXX7119 REF #IB0GC3FQ7F ON 09/09/22 |
| 9/9/2022 | -$784.50 | NATIONAL | MERCHANT LOAN | BUSINESS TO BUSINESS ACH National Funding Auth Pmt 220909 010000015938019 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 9/12/2022 | -$15,000.00 | MONTEREY DYNASTY LLC | RETURN LOAN | ONLINE TRANSFER TO MONTEREY DYNASTY, LLC BUSINESS CHECKING XXXXXX7119 REF #IB0GCQ4HKM ON 09/12/22 |
| 9/12/2022 | -$46,000.00 | MONTEREY DYNASTY LLC | CONDO A RENTAL RENTAL | ONLINE TRANSFER TO MONTEREY DYNASTY, LLC BUSINESS CHECKING XXXXXX7119 REF #IB0GCQT7ZW ON 09/12/22 |
| 9/12/2022 | -$784.50 | NATIONAL | MERCHANT LOAN | BUSINESS TO BUSINESS ACH National Funding Auth Pmt 220912 010000015955916 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 9/12/2022 | -$2,000.00 | WELLS FARGO BANK | DCV CREDIT CARD PAYMENT | ONLINE TRANSFER REF #IB0GCQRSNX TO BUSINESS CARD XXXXXXXXXXXX6066 ON 09/12/22 |
| 9/13/2022 | -$784.50 | NATIONAL | MERCHANT LOAN | BUSINESS TO BUSINESS ACH National Funding Auth Pmt 220913 010000015970691 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 9/14/2022 | -$2,515.91 | GLOBAL | MERCHANT LOAN | BUSINESS TO BUSINESS ACH GLOBAL MERCHANT GLOBAL MER 220913 CLIENT-72296 DIAMOND CREEK VILLA, L |
| 9/14/2022 | -$784.50 | NATIONAL | MERCHANT LOAN | BUSINESS TO BUSINESS ACH National Funding Auth Pmt 220914 010000015978415 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 9/15/2022 | -$3,000.00 | ACH | TOWNHOME RENTAL INCOME | WF Direct Pay-Payment- DCV6TED15725-Tran ID DP46685492 |
| 9/15/2022 | -$784.50 | NATIONAL | MERCHANT LOAN | BUSINESS TO BUSINESS ACH National Funding Auth Pmt 220915 010000015991680 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 9/16/2022 | -$784.50 | NATIONAL | MERCHANT LOAN | BUSINESS TO BUSINESS ACH National Funding Auth Pmt 220916 010000015999865 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 9/16/2022 | -$6,500.00 | PACIFIC PRIVATE MONEY | LOAN APPLICATION | WT SEQ#22192 PACIFIC PRIVATE MONEY I /BNF=PACIFIC PRIVATE MONEY INC SRF# OW00002522359384 TRN#220916022192 RFB# |
| 9/19/2022 | -$784.50 | NATIONAL | MERCHANT LOAN | BUSINESS TO BUSINESS ACH National Funding Auth Pmt 220919 010000016007756 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 9/20/2022 | -$784.50 | NATIONAL | MERCHANT LOAN | BUSINESS TO BUSINESS ACH National Funding Auth Pmt 220920 010000016015402 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |

| Date | Amount | Payee | Check # | Category | Description |
|------|--------|-------|---------|----------|-------------|
| 9/21/2022 | -$2,515.91 | GLOBAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH GLOBAL MERCHANT GLOBAL MER 220920 CLIENT-72296 DIAMOND CREEK VILLA, L |
| 9/21/2022 | -$15,000.00 | MONTEREY DYNASTY LLC | | RETURN LOAN | ONLINE TRANSFER TO MONTEREY DYNASTY, LLC BUSINESS CHECKING XXXXXX7119 REF #IB0GFYFDM6 ON 09/21/22 |
| 9/21/2022 | -$15,000.00 | MONTEREY DYNASTY LLC | | RETURN LOAN | ONLINE TRANSFER TO MONTEREY DYNASTY, LLC BUSINESS CHECKING XXXXXX7119 REF #IB0GFYL9PS ON 09/21/22 |
| 9/21/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH National Funding Auth Pmt 220921 010000016023142 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 9/22/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH National Funding Auth Pmt 220922 010000016041487 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 9/22/2022 | -$4,458.78 | SANTA CLARA COUNTY | 1213 | PROPERTY TAX | CHECK # 1213 |
| 9/22/2022 | -$4,567.91 | SANTA CLARA COUNTY | 1214 | PROPERTY TAX | CHECK # 1214 |
| 9/22/2022 | -$4,567.91 | SANTA CLARA COUNTY | 1215 | PROPERTY TAX | CHECK # 1215 |
| 9/22/2022 | -$4,456.18 | SANTA CLARA COUNTY | 1216 | PROPERTY TAX | CHECK # 1216 |
| 9/22/2022 | -$4,565.07 | SANTA CLARA COUNTY | 1217 | PROPERTY TAX | CHECK # 1217 |
| 9/22/2022 | -$1,970.00 | | | ATTORNEY FEE | WT 220922-142609 BANK OF AMERICA, N. /BNF=PAUL MANASIAN SRF# OW00002540459105 TRN#220922142609 RFB# OW00002540459105 |
| 9/23/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 220923 010000016055128 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 9/26/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 220926 010000016063163 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 9/27/2022 | -$5,000.00 | MONTEREY DYNASTY LLC | | RETURN LOAN | ONLINE TRANSFER TO MONTEREY DYNASTY, LLC BUSINESS CHECKING XXXXXX7119 REF #IB0GH8J8PC ON 09/26/22 |
| 9/27/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 220927 010000016076758 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 9/28/2022 | -$2,515.91 | GLOBAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH GLOBAL MERCHANT GLOBAL MER 220927 CLIENT-72296 DIAMOND CREEK VILLA, L |
| 9/28/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 220928 010000016084559 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 9/29/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 220929 010000016096748 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 9/30/2022 | -$5,903.19 | HEADWAY CAPITAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH HEADWAYCAPITAL 1 HEADWAY 220930 XXXXX3482 BETHANY LIOU |
| 9/30/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 220930 010000016104008 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 10/3/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221003 010000016115416 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 10/4/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221004 010000016122939 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 10/5/2022 | -$2,515.91 | GLOBAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH GLOBAL MERCHANT GLOBAL MER 221004 CLIENT-72296 DIAMOND CREEK VILLA, L |
| 10/5/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221005 010000016136985 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 10/6/2022 | -$2,763.75 | ACH | | TOWNHOME RENTAL INCOME | WF Direct Pay-Payment- DCV TH #5-Tran ID |
| 10/6/2022 | -$2,669.95 | ACH | | TOWNHOME RENTAL INCOME | WF Direct Pay-Payment- TH Lot #2-Tran ID DP48483726 |
| 10/6/2022 | -$2,000.00 | ACH | | TOWNHOME RENTAL INCOME | WF Direct Pay-Payment- Tran ID DP48483722 |
| 10/6/2022 | -$1,500.00 | ACH | | TOWNHOME RENTAL INCOME | WF Direct Pay-Payment- Loan Interest-Tran ID DP48483720 |
| 10/6/2022 | -$20,000.00 | MONTEREY DYNASTY LLC | | RETURN LOAN | ONLINE TRANSFER TO MONTEREY DYNASTY, LLC BUSINESS CHECKING XXXXXX7119 REF #IB0GKVCM6X ON 10/06/22 |
| 10/6/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221006 010000016155588 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |

| Date | Amount | Payee | | Category | Description |
|---|---|---|---|---|---|
| 10/6/2022 | -$6,000.00 | TOP INFINITY LLC | | PAY MERCHANT LOAN | ONLINE TRANSFER TO TOP INFINITY LLC BUSINESS CHECKING XXXXXX1688 REF #IB0GKVCFL9 ON 10/06/22 |
| 10/7/2022 | -$3,000.00 | ACH | | TOWNHOME RENTAL INCOME | WF Direct Pay-Payment- Tran ID DP48690842 |
| 10/7/2022 | -$5,591.15 | HEADWAY CAPITAL | | MERCHANT LOAN PAY OFF | WF Direct Pay-Payment- Tran ID DP48690846 |
| 10/7/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS NFAS2 LLC Auth Pmt 221007 010000016166724 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 10/11/2022 | -$2,844.05 | ACH | | TOWNHOME RENTAL INCOME | WF Direct Pay-Payment- Tran ID DP48774766 |
| 10/11/2022 | -$5,000.00 | CHOU & CCC ACCOUNTANCY | | CPA FEE | WT 221011-065692 BANK OF AMERICA, N. /BNF=CHOU CCH ACCOUNTANCY CORP SRF# OW00002583967504 TRN#221011065692 RFB# OW00002583967504 |
| 10/11/2022 | -$60,000.00 | MONTEREY DYNASTY LLC | | CONDO A RENTAL RENTAL | ONLINE TRANSFER TO MONTEREY DYNASTY, LLC BUSINESS CHECKING XXXXXX7119 REF #IB0GLDXFG8 ON 10/08/22 |
| 10/11/2022 | -$5,000.00 | MONTEREY DYNASTY LLC | | RETURN LOAN | ONLINE TRANSFER TO MONTEREY DYNASTY, LLC BUSINESS CHECKING XXXXXX7119 REF #IB0GLZ5LJ9 ON 10/11/22 |
| 10/11/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221010 010000016177270 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 10/11/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221011 010000016178892 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 10/12/2022 | -$2,515.91 | GLOBAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH GLOBAL MERCHANT GLOBAL MER 221011 CLIENT-72296 DIAMOND CREEK VILLA, L |
| 10/12/2022 | -$15,000.00 | MONTEREY DYNASTY LLC | | RETURN LOAN | ONLINE TRANSFER TO MONTEREY DYNASTY, LLC BUSINESS CHECKING XXXXXX7119 REF #IB0GM67QYL ON 10/12/22 |
| 10/12/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221012 010000016194657 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 10/12/2022 | -$5,000.00 | RICHARD LIAW | 1201 | LOAN RETURN | DEPOSITED OR CASHED CHECK # 1201 |
| 10/12/2022 | -$4,000.00 | RICHARD LIAW | 1202 | LOAN RETURN | DEPOSITED OR CASHED CHECK # 1202 |
| 10/13/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221013 010000016208237 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 10/14/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221014 010000016219486 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 10/17/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221017 010000016241018 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 10/18/2022 | -$2,000.00 | MONTEREY DYNASTY LLC | | RETURN LOAN | ONLINE TRANSFER TO MONTEREY DYNASTY, LLC BUSINESS CHECKING XXXXXX7119 REF #IB0GNT6B7Q ON 10/18/22 |
| 10/18/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221018 010000016253345 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 10/19/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221019 010000016261399 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 10/20/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221020 010000016272184 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 10/21/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221021 010000016286307 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 10/24/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221024 010000016296083 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 10/25/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221025 010000016308935 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 11/4/2022 | -$48,000.00 | BETHANY LIOU | | RETURN LOAN | ONLINE TRANSFER TO LIOU B EVERYDAY CHECKING XXXXXX7077 REF #IB0GT2CQPD ON 11/03/22 |
| 11/8/2022 | -$4,000.00 | Joseph Blake and Associates Inc | | APPRAISAL FEE | WT 221108-138610 BANK OF AMERICA, N. /BNF=Joseph Blake and Associates Inc SRF# OW00002673976641 TRN#221108138610 RFB# OW00002673976641 |
| 11/9/2022 | -$2,515.91 | GLOBAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH GLOBAL MERCHANT GLOBAL MER 221108 CLIENT-72296 DIAMOND CREEK VILLA, L |

| | | | |
|---|---|---|---|
| 11/9/2022 | -$5,903.19 HEADWAY CAPITAL | MERCHANT LOAN | BUSINESS TO BUSINESS ACH HEADWAYCAPITAL 1 HEADWAY 221109 XXXXX9085 BETHANY LIOU |
| 11/10/2022 | -$2,915.87 GLOBAL | MERCHANT LOAN | WT SEQ178611 GLOBAL MERCHANT CASH IN /BNF=Global Merchant Cash Inc SRF# OW00002679379316 TRN#221110178611 RFB# OW00002679379316 |
| 11/10/2022 | -$49,000.00 MONTEREY DYNASTY LLC | CONDO A RENTAL RENTAL | ONLINE TRANSFER TO MONTEREY DYNASTY, LLC BUSINESS CHECKING XXXXXX7119 REF #IB0GVLW6CW ON 11/10/22 |
| 11/14/2022 | -$3,000.00 ACH | TOWNHOME RENTAL INCOME | WF Direct Pay-Payment- Tran ID DP51332124 |
| 11/14/2022 | -$2,844.15 ACH | TOWNHOME RENTAL INCOME | WF Direct Pay-Payment- Tran ID DP51332122 |
| 11/14/2022 | -$2,827.40 ACH | TOWNHOME RENTAL INCOME | WF Direct Pay-Payment- Tran ID DP51332126 |
| 11/14/2022 | -$20,000.00 MONTEREY DYNASTY LLC | RETURN LOAN | ONLINE TRANSFER TO MONTEREY DYNASTY, LLC BUSINESS CHECKING XXXXXX7119 REF #IB0GVWSDFV ON 11/11/22 |
| 11/14/2022 | -$3,000.00 MONTEREY DYNASTY LLC | RETURN LOAN | ONLINE TRANSFER TO MONTEREY DYNASTY, LLC BUSINESS CHECKING XXXXXX7119 REF #IB0GWMWHHB ON 11/14/22 |
| 11/16/2022 | -$1,000.00 MONTEREY DYNASTY LLC | RETURN LOAN | ONLINE TRANSFER TO MONTEREY DYNASTY, LLC BUSINESS CHECKING XXXXXX7119 REF #IB0GX593Q8 ON 11/16/22 |
| 11/17/2022 | -$20,000.00 MONTEREY DYNASTY LLC | RETURN LOAN | ONLINE TRANSFER TO MONTEREY DYNASTY, LLC BUSINESS CHECKING XXXXXX7119 REF #IB0GXC962L ON 11/17/22 |
| 11/18/2022 | -$1,500.00 WELLS FARGO BANK | DCV CREDIT CARD PAYMENT | ONLINE TRANSFER REF #IB0GXJGXVQ TO BUSINESS CARD XXXXXXXXXXXX6066 ON 11/17/22 |
| 11/21/2022 | -$784.50 NATIONAL | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221121 010000016513824 CO# 01 75141 CONTRACT# FWC569226 T |
| 11/22/2022 | -$3,000.00 ACH | TOWNHOME RENTAL INCOME | WF Direct Pay-Payment- Tran ID DP51967956 |
| 11/22/2022 | -$10,000.00 MONTEREY DYNASTY LLC | RETURN LOAN | ONLINE TRANSFER TO MONTEREY DYNASTY, LLC BUSINESS CHECKING XXXXXX7119 REF #IB0GYLTX8X ON 11/22/22 |
| 11/22/2022 | -$784.50 NATIONAL | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221122 010000016524364 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 11/23/2022 | -$784.50 NATIONAL | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221123 010000016540246 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 11/25/2022 | -$784.50 NATIONAL | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221124 010000016552533 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 11/25/2022 | -$784.50 NATIONAL | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221125 010000016554200 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 11/28/2022 | -$784.50 NATIONAL | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221128 010000016559092 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 11/29/2022 | -$15,000.00 MONTEREY DYNASTY LLC | RETURN LOAN | ONLINE TRANSFER TO MONTEREY DYNASTY, LLC BUSINESS CHECKING XXXXXX7119 REF #IB0H28CKJJ ON 11/29/22 |
| 11/29/2022 | -$784.50 NATIONAL | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221129 010000016566759 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 11/30/2022 | -$1,270.00 ATTORNEY PAUL MANASIAN | ATTORNEY FEE | WT 221130-243888 BANK OF AMERICA, N. /BNF=Paul Manasian SRF# OW00002732956824 TRN#221130243888 RFB# OW00002732956824 |
| 11/30/2022 | -$5,903.19 HEADWAY CAPITAL | MERCHANT LOAN | BUSINESS TO BUSINESS ACH HEADWAYCAPITAL 1 HEADWAY 221130 XXXXX0326 BETHANY LIOU |
| 11/30/2022 | -$784.50 NATIONAL | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221130 010000016580053 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 12/1/2022 | -$784.50 NATIONAL | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221201 010000016593221 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 12/2/2022 | -$784.50 NATIONAL | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221202 010000016601661 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 12/5/2022 | -$784.50 NATIONAL | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221205 010000016612351 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |

| Date | Amount | Payee | Check# | Category | Description |
|------|--------|-------|--------|----------|-------------|
| 12/6/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221206 010000016620139 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 12/7/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221207 010000016629915 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 12/8/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221208 010000016646066 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 12/9/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221209 010000016662988 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 12/12/2022 | -$1,970.00 | ATTORNEY PAUL MANASIAN | | ATTORNEY FEE | WT 221212-097341 BANK OF AMERICA, N. /BNF=PAUL MANASIAN SRF# OW00002767886259 TRN#221212097341 RFB# OW00002767886259 |
| 12/12/2022 | -$50,000.00 | MONTEREY DYNASTY LLC | | CONDO A RENTAL RENTAL | ONLINE TRANSFER TO MONTEREY DYNASTY, LLC BUSINESS CHECKING XXXXXX7119 REF #IB0H5BV4QY ON 12/10/22 |
| 12/12/2022 | -$4,000.00 | MONTEREY DYNASTY LLC | | RETURN LOAN | ONLINE TRANSFER TO MONTEREY DYNASTY, LLC BUSINESS CHECKING XXXXXX7119 REF #IB0H5BVMXS ON 12/10/22 |
| 12/12/2022 | -$36,000.00 | MONTEREY DYNASTY LLC | | RETURN LOAN | ONLINE TRANSFER TO MONTEREY DYNASTY, LLC BUSINESS CHECKING XXXXXX7119 REF #IB0H5BW23R ON 12/10/22 |
| 12/12/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221212 010000016671071 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 12/13/2022 | -$15,000.00 | MONTEREY DYNASTY LLC | | RETURN LOAN | ONLINE TRANSFER TO MONTEREY DYNASTY, LLC BUSINESS CHECKING XXXXXX7119 REF #IB0H6274FW ON 12/13/22 |
| 12/13/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221213 010000016681468 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 12/13/2022 | -$4,000.00 | RICHARD LIAW | 1222 | LOAN RETURN | DEPOSITED OR CASHED CHECK # 1222 |
| 12/13/2022 | -$2,060.00 | RICHARD LIAW | 1223 | RETURN LOAN | DEPOSITED OR CASHED CHECK # 1223 |
| 12/14/2022 | -$784.50 | NATIONAL | | MERCHANT LOAN | BUSINESS TO BUSINESS ACH NFAS2 LLC Auth Pmt 221214 010000016694988 CO# 01 CUST# 75141 CONTRACT# FWC569226 T |
| 12/14/2022 | -$2,550.00 | STAR | | TOWNHOME RENTAL INCOME | ONLINE TRANSFER TO STAR RIVER, LLC BUSINESS CHECKING XXXXXX0881 REF #IB0H6493YB ON 12/13/22 |

# United States Bankruptcy Court
## Northern District of California

In re    **Diamond Creek Villa, LLC**        Case No.    **22-51125**

                                 Debtor(s)        Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept | $     **20,000.00** |
   | Prior to the filing of this statement I have received | $     **0.00** |
   | Balance Due | $     **20,000.00** |

2. $ **0.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor      ■ Other (specify):    **Monterey Dynasty, LLC**

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 26, 2023**                 **/s/ Iain A. Macdonald**
*Date*                               **Iain A. Macdonald 051073**
                                      *Signature of Attorney*
                                      **Macdonald Fernandez LLP**
                                      **221 Sansome Street, Third Floor**
                                      **San Francisco, CA 94104**
                                      **(415) 362-0449 Fax: (415) 394-5544**
                                      *Name of law firm*

# United States Bankruptcy Court
## Northern District of California

In re  **Diamond Creek Villa, LLC**
_____     Case No.  **22-51125**
                              Debtor(s)            Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bethany Liou**<br>**21701 Stevens Creek Blvd., #2610**<br>**Cupertino, CA 95014** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January 26, 2023**
_____     Signature  **/s/ Bethany Liou**
                                          **Bethany Liou**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Northern District of California**

In re   **Diamond Creek Villa, LLC**                       Case No.   **22-51125**

                                  Debtor(s)                 Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January 26, 2023**                  **/s/ Bethany Liou**
                                         **Bethany Liou/Managing Member**
                                         Signer/Title

Franchise Tax Board
Bankruptcy Section, MS A-340
Post Office Box 2952
Sacramento, CA 95812


Bethany Liou
21701 Stevens Creek Blvd., #2610
Cupertino, CA 95014


CA Employment Development Department
P.O. Box 826880/MIC 4
Sacramento, CA 94280-0001


CA Franchise Tax Board
BK G, PO Box 2952
Sacramento, CA 95812-2952


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Ivy Pao Jiuh Ho & Ming Sen Ivan Ho
c/o Richard D. Pio Roda, Esq.
Meyers Nave
1999 Harrison Street, 9th Floor
Oakland, CA 94612


Khiem Tran & Hoang Tran
c/o Christine E. Picone, Esq.
Berliner Cohen, LLP
Ten Almaden Blvd., 11th Floor
San Jose, CA 95113-2233


Lin Dee Liu
41368 Danzon Court
Fremont, CA 94539

Mechanics Bank
c/o Tom R. Normandin, Esq.
Prenovost, Normandin, Daw & Rocha
2122 North Broadway, Suite 200
Santa Ana, CA 92706-2614


Mechanics Bank - Merrifield-Olivia
c/o WT Capital Lender Services
7522 North Colonial Ave., Ste. 101
Fresno, CA 93711


Nanhwa Chen
c/o Michael J. Cheng, Esq.
Berliner Cohen, LLP
Ten Almaden Blvd., 11th Floor
San Jose, CA 95113-2233


Peter F. Martin, Receiver
2710 Sumac Ave.
Stockton, CA 95207


Peter Lim, Lim/Lin Family Trust Trustee
c/o Christine E. Picone, Esq.
Berline Cohen, LLP
Ten Almaden Blvd., 11th Flr.
San Jose, CA 95113-2233


Shuhui C. Jeng & David Jeng
c/o Richard D. Pio Roda, Esq.
Meyers Nave
1999 Harrison Street, 9th Floor
Oakland, CA 94612


State Board of Equalization
Attn: Special Procedures Section, MIC:55
PO Box 942879
Sacramento, CA 94279

```
Ted Chiaote Hsiao & Wan-Chen Liu
c/o Richard D. Pio Roda, Esq.
Meyers Nave
1999 Harrison Street, 9th Floor
Oakland, CA 94612


Wells Fargo Bank, N.A.
P.O. Box 29482
MAC S4101-08C
Phoenix, AZ 85038
```

# United States Bankruptcy Court
## Northern District of California

In re    **Diamond Creek Villa, LLC**       Case No.    **22-51125**

                     Debtor(s)       Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Diamond Creek Villa, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Bethany Liou**
**21701 Stevens Creek Blvd., #2610**
**Cupertino, CA 95014**

☐ None [*Check if applicable*]

**January 26, 2023**

Date

/s/ Iain A. Macdonald

**Iain A. Macdonald 051073**

Signature of Attorney or Litigant

Counsel for    **Diamond Creek Villa, LLC**

**Macdonald Fernandez LLP**
**221 Sansome Street, Third Floor**
**San Francisco, CA 94104**
**(415) 362-0449 Fax:(415) 394-5544**